AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Columbia

Eric Antrum
604 Bonnie Meadow Lane
Ft. Wash., MD 20744

**SUMMONS IN A CIVIL CASE**

V.

Washington Metropolitan Area Transit Authority
600 Fifth St., NW
Wash., DC 20001

CASE NU
Case: 1:08-cv-00203
Assigned To : Bates, John D.
Assign. Date : 2/5/2008
Description: Employ. Discrim.

TO: (Name and address of Defendant)

Washington Metropolitan Area Transit Authority, 600 Fifth
St., NW, Wash., DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alan Lescht, Esq., Alan Lescht & Assoc., PC, 1050 17th
St., NW, Suite 220, Wash., DC 20036

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    FEB - 5 2008

CLERK                                       DATE

_[signature]_
(By) DEPUTY CLERK

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____04/21/2008_____, by:

    (1) personally delivering a copy of each to the individual at this place, _____ _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
        Tanya Price at WMATA, 600 5th St. NW, Washington, DC 20001 _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____ _____.

My fees are $ _____ for travel and $ __55.00__ for services, for a total of $ __55.00__.

Date: ____04/21/2008____

Server's signature

Lorenzo Kenerson
Printed name and title

Washington Pre-Trial Services, Inc.
4626 Wisconsin Avenue NW #300
Washington, DC 20036
(202) 887-0700

Server's address