UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ERIC ANTRUM <br> 604 Bonnie Meadow Lane <br> Fort. Washington, Maryland 20744 <br><br> Plaintiff <br><br> v. <br> WASHINGTON METROPOLITAN <br> AREA TRANSIT AUTHORITY <br> 600 Fifth St., N.W. <br> Washington, D.C. 20001 <br><br> Defendant. | No. 08-0203(JDB) |

DEFENDANT'S MOTION TO DISMISS

Defendant Washington Metropolitan Area Transit Authority (WMATA) hereby moves, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss Counts 2 and 4 of the Complaint (D.C. Human Rights Act) and Counts 5 and 6 of the Complaint (42 U.S.C. § 1981) on the grounds that it is immune from suit under these statutes.

MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

This is a discrimination case against WMATA brought by Plaintiff Antrum alleging that he and other black males affected by Psoudofalliculitus Barbae (PFB) are being discriminated against by WMATA because of their race and sex.  He brings claims under Title VII of the Civil Rights Act of 1964, as amended, the D.C. Human Rights Act and 42 U.S.C. § 1981.

It is well settled in this Circuit that WMATA is not subject to suit under either the D.C. Human Rights Act or Section 1981.  <u>Thompson v. WMATA</u>, 2001 U.S. App. LEXIS

20955 (D.C. Cir. 2001). WMATA enjoys Eleventh Amendment immunity and is not subject to damages under Section 1981.  See also Jones v. WMATA, 205 F. 3d 428, 432 (D.C. Cir. 2000)(WMATA enjoys Eleventh Amendment immunity from suits under ADEA).

     WMATA was created by interstate compact, which states that WMATA can act in personnel matters without regard to the laws of any of the signatories, Virginia, Maryland or the District of Columbia, and is accordingly immune from suit under the D.C. Human Rights Act.  Thompson at *3-4, citing D.C. Code Ann. § 2431(12)(g).  Accord Lucero-Nelson v. WMATA, 1 F. Supp. 2d 1, 7 ID.D.C. 1998)(explaining Compact in detail).

Accordingly, WMATA's Motion to Dismiss Counts 2,4,5 and 6 should be granted and WMATA should be permitted 20 days to answer the remaining two counts of the Complaint under Title VII.

        Respectfully submitted,

        WASHINGTON METROPOLITAN
        AREA TRANSIT AUTHORITY

        Carol B. O'Keeffe
        General Counsel

        Mark F. Sullivan #430876
        Deputy General Counsel

        _____
        David J. Shaffer #413484
        Assistant General Counsel
        600 Fifth St., N.W.
        Washington, D.C./ 20001
        (202) 962-2820
        Dshaffer@wmata.com
        Attorneys for Defendant WMATA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIC ANTRUM )<br>604 Bonnie Meadow Lane )<br>Fort. Washington, Maryland 20744 )<br>  )<br>  Plaintiff )<br>  )<br>  v. ) No. 08-0203(JDB)<br>WASHINGTON METROPOLITAN )<br>AREA TRANSIT AUTHORITY )<br>600 Fifth St., N.W. )<br>Washington, D.C. 20001 )<br>  )<br>  Defendant. )<br>  ) | |

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

The Motion of Defendant WMATA, having come before the Court and good cause appearing, IT IS HEREBY ORDERED THAT:   the Motion is GRANTED and Counts Two, Four, Five and Six are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDER THAT WMATA shall answer the remaining Counts of the Complaint within 20 days of this ORDER.

_____
John D. Bates
United States District Judge