UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| Eric Antrum | * | Civ. Action No. 08-0203 (JDB) |
| | * | |
| Plaintiff, | * | |
| | * | |
| -against- | * | |
| | * | |
| Washington Metropolitan Area | * | |
| Transit Authority | * | |
| | * | |
| Defendant. | * | |

*********************************************************************

MEMORANDUM

Plaintiff consents to dismissal of Counts 2,4,5 and 6 of the Complaint.

Date:   May 8, 2008

                                                        Alan Lescht & Associates, P.C.


                                                        By:_____/s/_____
                                                               Alan Lescht
                                                        D.C. Bar No. 441691
                                                        1050 17th Street, N.W. Suite 220
                                                        Washington, D.C. 20036
                                                        (202) 463-6036
                                                        Attorneys for Plaintiff