UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| Eric Antrum | * | Civ. Action No. 08-0203 (JDB) |
| | * | |
| Plaintiff, | * | |
| | * | |
| -against- | * | |
| | * | |
| Washington Metropolitan Area | * | |
| Transit Authority | * | |
| | * | |
| Defendant. | * | |

**JOINT MEET AND CONFER STATEMENT**

Pursuant to Fed. R. Civ. P. 26(f), L.Cv.R. 16.3, and the Court's General Order and Guidelines for Civil Cases (ECF) (the "General Order"), the parties, through their undersigned counsel, hereby state that they conferred and reached the agreements set forth herein. Pursuant to the rules of this Court and the General Order, counsel submit this report and a proposed Scheduling Order incorporating the parties' suggestions.

1. Statement of the Case: This is a title VII employment discrimination case wherein Plaintiff, a black male and current employee of Defendant, alleged that he was subjected to race and retaliation discrimination at work. Defendant denied the allegations. EEOC issued a finding that there is probable cause that the statute was violated and this case followed.

2. Dispositive Motions

Plaintiff does not intend to file a dispositive motion. Defendant intends to

file a motion upon conclusion of discovery.

3. Joinder and Amendment

The parties agree that third party pleadings and amended pleadings, if any, should be filed within 60 days after the entry of a Scheduling Order unless otherwise ordered by the Court for good cause shown.

4. Magistrate Judge

The parties do not agree on the assignment of a Magistrate Judge for all purposes. The parties agree on the assignment of a Magistrate Judge for purposes of settlement.

5. Settlement

The parties consent to early mediation before a Magistrate Judge.

6. ADR

The parties consent to early mediation before a Magistrate Judge.

7. Dispositive Motions Schedule

The parties propose that any dispositive motions be filed no later than 45 days after the close of discovery; any opposition be filed within 30 days after the filing of the motion; and any reply be filed within 15 days after the filing of the opposition.

8. Initial Disclosures

The parties agree to dispense with initial disclosures under FRCivP 26(a)(1).

9. Extent of Discovery

The parties propose that fact discovery close six months after the date the

Scheduling Order is entered. The parties agree that the limitations on discovery contained in F.R.Civ.P. 30, 33, & 34 should apply.

    10.    Expert Witnesses

The parties recommend that the plaintiff's expert disclosures, if any, required by F.R.Civ.P. 26(a)(2) be made 90 days before the close of discovery; and that defendant's expert designations be made 60 days prior to the close of discovery. Expert depositions, if any, are to be conducted within the discovery period.

    11.    Class Action

This is not a class action lawsuit.

    12.    Bifurcation

The parties do not seek bifurcation.

    13.    Pre-trial Conference

The Pre-trial Conference should be scheduled by the Court following completion of discovery.

    14.    Trial Date

The parties agree that the date of trial (2 days) should be scheduled by the Court at the pre-trial conference.

15. Proposed Order

A proposed Scheduling Order is submitted herewith.

                                   Respectfully submitted,

                                   _____/s/_____
                                   Alan Lescht, DC Bar # 441691
                                   Susan L. Kruger, DC Bar # 414566
                                   Alan Lescht & Associates, P.C.
                                   1050 17th Street, N.W.
                                   Suite 220
                                   Washington, DC  20036
                                   202-463-6036
                                   202-463-6067 (fax)



                                   _____/s/_____
                                   David J. Shaffer $413484
                                   WMATA
                                   600 Fifth St., N.W.
                                   Washington, D.C. 20001
                                   (202) 962-2820
                                   dshaffer@wmata.com
                                   Attorney for Defendant WMATA

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | | |
|---|---|---|
| Eric Antrum | * | Civ. Action No. 08-0203 (JDB) |
| | * | |
| Plaintiff, | * | |
| | * | |
| -against- | * | |
| | * | |
| Washington Metropolitan Area | * | |
| Transit Authority | * | |
| Defendant. | * | |

*****************************************************************

## **SCHEDULING ORDER**

Upon consideration of the joint meet and confer report of the parties, it is hereby ORDERED as follows:

1. Third party pleadings and amended pleadings shall be filed within 60 days after the entry of this Order.

2. This case is referred to early mediation before a Magistrate Judge.

3. Any dispositive motions shall be filed no later than 45 days after the close of discovery, any opposition shall be filed within 30 days after service, and any reply shall be filed within 15 days after the opposition is filed.

4. Initial disclosures are not required.

5. Discovery shall close 180 days after the entry of this Order.

6. Plaintiff's expert disclosures shall be made 90 days before the close of discovery; and Defendant's expert disclosure shall be made 30 days thereafter. Expert depositions, if any, are to be conducted within the discovery period..

7. The pre-trial conference shall be set upon completion of discovery.

8.  The trial of this case shall be set at the pre-trial conference.

SO ORDERED on this _____ day of _____, 2007.


                                                          _____
Hon. John D. Bates
United States District Judge