UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIC ANTRUM,<br><br>     Plaintiff,<br><br>     v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY,<br><br>     Defendant. | Civil Action No.  08-0203 (JDB) |

## SCHEDULING ORDER

Pursuant to the Initial Scheduling Conference with the Court on this  25th  day of June 2008, and the Joint Rule 16.3 Report previously submitted by the parties, it is hereby

**ORDERED** that, pursuant to agreement of the parties, this matter shall be referred to Magistrate Judge Kay for the sole purpose of the facilitation of settlement discussions for a period of not more than sixty (60) days; and it is further

**ORDERED** that the following schedule shall govern further proceedings:

1. Motions, if any, for joinder of additional parties or to amend the pleadings shall be filed by not later than August 25, 2008.

2. Discovery shall be completed by not later than December 23, 2008.

3. Plaintiff's expert disclosures under Fed. R. Civ. P. 26(a)(2) shall be made by not later than September 23, 2008.  Defendant's expert designations shall be made by not later than October 23, 2008.  Expert depositions shall be completed within the discovery period.

4. Dispositive motions shall be filed by not later than February 13, 2009.  Responses thereto shall be filed by not later than March 13, 2009.  Replies, if any, shall be filed by not later than March 27, 2009.

5. As to all other discovery issues not addressed in this Scheduling Order, the parties must comply with the limitations and requirements of the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.

**SO ORDERED**.

                                        /s/ John D. Bates
                                        JOHN D. BATES
                                United States District Judge