REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE H

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 42:1981 Job Discrimination (Race) | | | |
|---|---|---|---|---|
| CASE NO: 08-203 | DATE REFERRED: 06/25/08  DISPOSITION DATE: | PURPOSE: SETTLEMENT DISCUSSIONS | JUDGE: JOHN D. BATES | MAG. JUDGE ALAN KAY |

| PLAINTIFF(S): ERIC ANTRUM | DEFENDANT(S): WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY |
|---|---|

| ENTRIES: |
|---|
| FOR A PEIOD OF NOT MORE THAN SIXTY (60) DAYS |